**No. 56078.**—Benziger Bros., Inc., et al. *v.* United States, protests 154101–K, etc. (New York).

Opinion by FORD, J. The protests were dismissed.

**No. 56079.**—Lorraine Trading Corp. *v.* United States, protests 159692–K and 165889–K (New York).

Opinion by FORD, J. The protests were dismissed.

**No. 56080.**—Alfred Kohlberg, Inc. *v.* United States, protests 163611–K, etc. (New York).

Opinion by FORD, J. The protests were dismissed.

BEFORE THE THIRD DIVISION, NOVEMBER 27, 1951

**No. 56081.**—Morad Aminoff et al. *v.* United States, protests 172442–K, etc. (New York).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE FIRST DIVISION, NOVEMBER 28, 1951

**No. 56082.**—Coro, Inc. *v.* United States, protests 133097–K, 135149–K, and 135601–K (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of silver connectors the same in all material respects as those the subject of *United States* v. *Coro, Inc.* (38 C. C. P. A. 85, C. A. D. 444), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, NOVEMBER 28, 1951

**No. 56083.**—Artisan Products Import, Ltd. *v.* United States, protests 138021–K, etc. (New York).

Opinion by LAWRENCE, J. The protests were dismissed.

**No. 56084.**—Dinhofer Bros., Inc., et al. *v.* United States, protests 134498–K, etc. (New York).

Opinion by LAWRENCE, J. The protests were dismissed.